United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EDGAR LEE WARREN,                                No. C 07-5727 MHP (pr)

        Plaintiff,                              **ORDER OF DISMISSAL**

     v.

PEOPLE POLICE; et al.,

        Defendants.
_____/

     This pro se civil action was filed on November 13, 2007, at which time the court

notified plaintiff in writing that the action was deficient due to the failure to pay the filing fee

or furnish a completed and signed court-approved in forma pauperis application. Plaintiff

was advised that failure to pay the fee or file the application materials within thirty days

would result in dismissal of the action. Plaintiff did not pay the filing fee or submit an in

forma pauperis application. The action is DISMISSED without prejudice for failure to pay

the filing fee or submit a completed in forma pauperis application. Plaintiff may file a new

action, but should include a filing fee or an in forma pauperis application with a new

complaint to commence that new action. The clerk shall close the file.

     IT IS SO ORDERED.

DATED: February 14, 2008

                        _____
                        Marilyn Hall Patel
                        United States District Judge