1
2
3
4
5          UNITED STATES DISTRICT COURT
6          NORTHERN DISTRICT OF CALIFORNIA
7
8   EDGAR LEE WARREN,                       No. C 07-5727 MHP (pr)
9              Plaintiff,                   **JUDGMENT**
10       v.
11  PEOPLE POLICE; et al.,
12             Defendants.
13  _____/
14       This action is dismissed without prejudice because plaintiff failed to pay the filing fee
15  or submit a completed in forma pauperis application.
16       IT IS SO ORDERED AND ADJUDGED.
17
18  DATED: February 14, 2008
                                           _____
19                                         Marilyn Hall Patel
                                           United States District Judge
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California